■ In the Matter of MANHATTAN CABLE TV SERVICES, DIVISION OF STERLING INFORMATION SERVICES, INC., Appellant, v MICHAEL FREYBERG et al., Constituting the Tax Commission of the City of New York, Respondent. —Order, Supreme Court, New York County, entered on April 19, 1977,

unanimously affirmed, without costs and without disbursements, on the opinion of Bowman, J., at Special Term. Concur—Kupferman, J. P., Fein, Sullivan and Markewich, JJ. [90 Misc 2d 135.]